Dismissed and Opinion filed February 13, 2003









Dismissed and Opinion filed February 13, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-02-00580-CV

____________

 

KURT J. BROWN, DIANA B. LEVE, AARON LEVE,
DAVID LEVE, 

RONALD
LEVE, THEODORE KLINE, LOUISE KLINE, HENRY DOBB, RICHARD IRVING, and ROBERT
BROWN, Appellants/Cross-Appellees

 

V.

 

ROBERT
TAVEL, Appellee/Cross-Appellant, and DAVID HOFFMAN,
MARIE ARSHOP, DEBORAH REFKIN, AND VALERIE REFKIN, Appellees

 



 

On
Appeal from the 127th District Court

Harris
County, Texas

Trial
Court Cause No. 01-55287

 



 

M
E M O R A N D U M   O P I N I O N

Appellants/cross-appellees Kurt J. Brown, Diana B. Leve,
Aaron Leve, David Leve,
Ronald Leve, Theodore Kline, Louise Kline, Henry Dobb, Richard Irving and Robert Brown appeal from the
sustaining of special appearances as to appellees
David Hoffman, Marie Arshop, Deborah Refkin, and Valerie Refkin, and
cross-appellant/appellee Robert Tavel
appeals from the denial of his special appearance. 
The orders being appealed were signed May 13, 2002.  








On February 4, 2003 the parties filed an agreed motion to
dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.  

 

PER CURIAM

 

Judgment rendered and Opinion
filed February 13, 2003.

Panel consists of Chief Justice
Brister and Justices Hudson and Senior Chief Justice Murphy.[1]


 











[1]   Senior Chief
Justice Paul C. Murphy participating by assignment.